appellate docket. *Robert J. Carluccio* for petitioner. *Solicitor General Cox, Assistant Attorney General Miller, Robert S. Erdahl* and *Kirby W. Patterson* for the United States.

No. 686. BENSON *v.* CALIFORNIA. District Court of Appeal of California, Second Appellate District. Certiorari denied. Petitioner *pro se. Stanley Mosk,* Attorney General of California, *William E. James,* Assistant Attorney General, and *William B. McKesson* for respondent.

No. 908. ROSEE *v.* BOARD OF TRADE OF THE CITY OF CHICAGO ET AL. C. A. 7th Cir. Certiorari denied. *Bernard H. Sokol* for petitioner. *Howard Ellis, Don H. Reuben* and *John E. Angle* for respondents.

No. 924. WELLINGTON EQUITY FUND ET AL. *v.* TAUSSIG ET UX.; and

No. 1033. TAUSSIG ET UX. *v.* WELLINGTON EQUITY FUND, INC., ET AL. C. A. 3d Cir. Certiorari denied. *Daniel Mungall, Jr.* for petitioners in No. 924 and respondents in No. 1033. *Edwin P. Rome, Morris L. Weisberg* and *Floyd H. Crews* for petitioners in No. 1033 and respondents in No. 924.

No. 1032. LEE *v.* WESTERN WOOL PROCESSORS, INC. C. A. 10th Cir. Certiorari denied. *Omer Griffin* for petitioner. *Bernard L. Trott* for respondent.